UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE NW
WASHINGTON DC 20001

**FILED**

JUL 2 4 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Christopher D. O'Donnell

President, Development Essentials
505 E. Braddock Rd. # 201
Alexandria VA 22314
chris@developmentessentials.us
703-677-5573

Case: 1:18-cv-01727
Assigned To : Moss, Randolph D.
Assign. Date : 7/24/2018
Description: FOIA/Privacy Act

Plaintiff,

v.

U.S. Department of State
WITHHOLDING FILES,

U.S. Department of State
2201 C St. NW
Washington DC 20520

Defendant.

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, to order the production of agency records, concerning (a complete, full and most current copy of the US Embassy Local Compensation Plan for each country where USAID implements development work provided in FOIA request dated November 28, 2017) which defendant has improperly withheld from plaintiff beyond the statutory limit for responding to a FOIA request.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff, (Christopher D. O'Donnell), is the President of Development Essentials (a Limited Liability Company Registered in the Commonwealth of Virginia) and is the requester of the records which defendant is now withholding.

4. Defendant, Department of State is an agency of the United States and has possession of the documents that plaintiff seeks.

5. By letter dated November 28, 2017, plaintiff requested access to a complete, full and most current copy of the US Embassy Local Compensation Plan for each country where USAID implements development work (Exhibit 1). As requested in letter dated December 18, 2017 (Exhibit 2), I remitted advance payment to the US Treasury, $7,200 for research, collection and transmission of requested documents on March 26, 2018 after denial of appeal of fee determination on March 15, 2018. E-mail dated April 4, 2108 confirms receipt of payment (Exhibit 3). In e-mailed dated May 14, 2018, I

contacted Department of State FOIA Director to confirm receipt of FOIA referral transmitted to Department of State on May 1, 2018. (Exhibit 4)

WHEREFORE, plaintiff requests this Court:

(1) Order defendant to provide access to the requested documents;

(2) Award plaintiff costs and reasonable attorney's fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

(3) Grant such other and further relief as may deem just and proper.

Respectfully submitted,

*Christopher D. O'Donnell*

Christopher D. O'Donnell
505. E. Braddock Road # 201
Alexandria VA 22314

Dated: July 24, 2018

Exhibit 1: FOIA Request Dated November 28, 2017 (F-00035-18)
Exhibit 2: Assessment of Fee Dated December 18, 2017
Exhibit 3: E-mail Dated April 4, 2018 (Confirming Receipt of Fee Payment)
Exhibit 4: E- mail to Department of State Dated May 14, 2018 (Confirming Referral of FOIA Request)



# DEVELOPMENT **ESSENTIALS**

November 28, 2017
PO Box 585
Alexandria VA 22313-0585
US 703-677-5573
Skype 703-831-3132

**Subject:** FOIA Request

**To:** USAID FOIA Office
Bureau of Management
Office of Management Services
Room 2.07C-RRB
Washington, DC 20523-2701
foia@usaid.gov;

Dear FOIA Officer:

As pertaining to the Freedom of Information Act, I am requesting the following documents from USAID:

1. A complete and full copy of the USAID Foreign Service National (FSN) Local Compensation Plan for each country where USAID implements development work.

2. The USAID Value Added Tax (VAT) Exemption Certificate or Value Added Tax (VAT) reimbursement procedures (as applicable) for each of the countries where USAID implements development work.

Enclosed with this request is a list of countries where USAID implements development work and the name and e-mail address of the USAID official, who has access to the documents. I have also attached the list in word format to assist in e-mailing the USAID official.

When you have a moment, please provide the USAD point of contact, an estimate cost to complete the request and date the documents may be released.

Please let me know if you have any questions regarding the request. You can reach me at 703-677-5573 or at chris@developmentessentials.us

Sincerely,

*Chris O'Donnell*

Chris O'Donnell
President

| Country | USAID Foreign Service National (FSN) Local Compensation Plan | USAID Value Added Tax (VAT) Exemption Certificate or Reimbursement Procedures | Location where documents can be found |
|---|---|---|---|
| Afghanistan | X | X | info@afghanistan@usaid.gov; |
| Albania | X | X | Judith Robinson JRobinson@usaid.gov; |
| Algeria | X | X | Jeff Picard jpicard@usaid.gov; |
| Angola | X | X | John Hytten jhytten@usaid.gov; |
| Armenia | X | X | Enid Nunez enunez@usaid.gov; |
| Azerbaijan | X | X | Enid Nunez enunez@usaid.gov; |
| Bangladesh | X | X | George Zarycky gzarycky@usaid.gov; |
| Barbados | X | X | K. Claire Beeuwkes kbeeuwkes@usaid.gov |
| Benin | X | X | Craig Lamberton clamberton@usaid.gov; |
| Bosnia & Herzegovina | X | X | Ana Luisa Pinto bosniadesk@usaid.gov; |
| Botswana | X | X | Yvette Moore ymoore@usaid.gov; |
| Brazil | X | X | Dora Plavetic dplavetic@usaid.gov; |
| Burkina Faso | X | X | Marjorie Copson mcopson@usaid.gov; |
| Burundi | X | X | Samantha Schasberger bujumburausaid@state.gov; |
| Cambodia | X | X | Shauna Malliski smalliski@usaid.gov |
| Cameroon | X | X | Kennan Wright kwright@usaid.gov; |
| Central African Republic | X | X | Julie Wood juwood@usaid.gov; |
| Chad | X | X | Tiana Hill tihill@usaid.gov; |
| China | X | X | Zach Child zchild@usaid.gov; |
| Colombia | X | X | Keith Battles kbattles@usaid.gov; |
| Cote d'Ivoire | X | X | Stephanie Saenger ssaenger@usaid.gov; |
| Croatia | X | X | Ana Luisa Pinto kosovodesk@usaid.gov apinto@usaid.gov; |
| Democratic Republic of Congo | X | X | Julie Wood juliewood@usaid.gov; |
| Dominican Republic | X | X | Debra Banks dbanks@usaid.gov; |
| Djibouti | X | X | Precious Cain pcain@usaid.gov; |
| Ecuador | X | X | ecuadorinfo@usaid.gov; |
| Egypt | X | X | Julie Zavala egyptdesk@usaid.gov; jzavala@usaid.gov; |
| El Salvador | X | X | Jennifer Huynh jhuynh@usaid.gov; |
| Ethiopia | X | X | Robert O'Neil roneill@usaid.gov; |

| Fiji | X | X | Info@pacificislands@usaid.gov; Melissa Kennison mkennison@usaid.gov; |
|---|---|---|---|
| Georgia | X | X | Thomas Gillis tgillis@usaid.gov; |
| Ghana | X | X | Craig Lamberton clamberton@usaid.gov; |
| Guatemala | X | X | Deidra Winston dwinston@usaid.gov; |
| Guinea | X | X | Richard Driscoll rdriscoll@usaid.gov; |
| Haiti | X | X | HTT@usaid.gov; |
| Honduras | X | X | Julie Ciccarone jciccarone@usaid.gov |
| India | X | X | Anne Convery aconvery@usaid.gov |
| Indonesia | X | X | Heather Ward hward@usaid.gov |
| Iraq | X | X | Mohit Dayal mdayal@usaid.gov |
| Jamaica | X | X | K. Claire Beeuwkes Kbeeuwkes@usaid.gov |
| Jordan | X | X | Allison Noble JordanDesk@usaid.gov; anoble@usaid.gov; |
| Kazakhstan | X | X | Eric Rudenshiold erudenshiold@usaid.gov |
| Kenya | X | X | Mark Phelan mphelan@usaid.gov; |
| Kosovo | X | X | Ana Luisa Pinto kosovodesk@usaid.gov; apinto@usaid.gov; |
| Kyrgyzstan | X | X | Kyung Choe kchoe@usaid.gov; |
| Laos PDR | X | X | Zach Child zchild@usaid.gov |
| Lebanon | X | X | USAIDLebanonDesk@usaid.gov; |
| Lesotho | X | X | Yvette Moore Ymoore@usaid.gov; |
| Liberia | X | X | Richard Driscoll rdriscoll@usaid.gov; |
| Libya | X | X | USAIDLibyaDesk@usaid.gov; |
| Macedonia | X | X | Thomas Gillis tgillis@usaid.gov |
| Madagascar | X | X | Shelley Johnson shjohnson@usaid.gov; |
| Malawi | X | X | Desiree Savoy dsavoy@usaid.gov; |
| Mali | X | X | Dana Alzouma dalzouma@usaid.gov; |
| Mauritania | X | X | Lisa Washington-Sow Lwashington-sow@usaid.gov; |
| Mexico | X | X | Julie Ciccarone jciccarone@usaid.gov; |
| Moldova | X | X | Tim Gillis tgillis@usaid.gov; |
| Mongolia | X | X | Rick J. Gurley rgurley@usaid.gov; |
| Montenegro | X | X | Ana Luisa Pinto kosovodesk@usaid.gov; apinto@usaid.gov; |
| Morocco | X | X | Allison Minor MoroccoDesk@usaid.gov; aminor@usaid.gov; |
| Myanmar | X | X | Daniel Roarty droarty@usaid.gov; |
| Mozambique | X | X | Shelley Johnson shjohnson@usaid.gov; |
| Namibia | X | X | Yvette Moore ymoore@usaid.gov; |
| Nepal | X | X | Jill Jupiter Jones Jjupiter-jones@usaid.gov; |
| Nicaragua | X | X | Deidra Winston dwinston@usaid.gov; |
| Nigeria | X | X | Chad Weinberg cweinberg@usaid.gov; |

| Pakistan | X | X | Christine Gleichert cgleichert@usaid.gov; |
|---|---|---|---|
| Panama | X | X | Julie Ciccarone jciccarone@usaid.gov; |
| Paraguay | X | X | Marko Dolan mdolan@usaid.gov; |
| Peru | X | X | wusaidperu@usaid.gov; |
| Philippines | X | X | Melissa Kennison mkennison@usaid.gov; |
| Rwanda | X | X | Monica Carlson mocarlson@usaid.gov; |
| Senegal | X | X | Marjorie Copson mcopson@usaid.gov; |
| Serbia | X | X | serbiadesk@usaid.gov; |
| Sierra Leone | X | X | Richard Driscoll rdriscoll@usaid.gov; |
| Somalia | X | X | Usaidsomalia-info@usaid.gov |
| South Africa | X | X | Torina Way Tway@usaid.gov; |
| South Sudan | X | X | Karen Juckett kjuckett@usaid.gov; |
| Sri Lanka & Maldives | X | X | Daryl Martyris dmartyris@usaid.gov; |
| Swaziland | X | X | Yvette Moore YMoore@usaid.gov; |
| Sudan | X | X | Rick Montpelier rmontpelier@usaid.gov; |
| Tajikistan | X | X | Eric Rudenshiold erudenshiold@usaid.gov; |
| Tanzania | X | X | Crystall Garrett cgarrett@usaid.gov |
| Thailand | X | X | Zach Child zchild@usaid.gov; |
| Timor-Leste | X | X | Heather Ward hward@usaid.gov; |
| Togo | X | X | Craig Lamberton clamberton@usaid.gov; |
| Tunisia | X | X | Jeff Picard jpicard@usaid.gov; |
| Turkmenistan | X | X | Eric Rudenshiold erudenshiold@usaid.gov; |
| Uganda | X | X | Samantha Schasberger sschasberger@usaid.gov; |
| Ukraine | X | X | Alison Case ukrainedesk@usaid.gov; acase@usaid.gov; |
| Uzbekistan | X | X | Eric Rudenshiold erudenshiold@usaid.gov; |
| Vietnam | X | X | Shauna Malliski smalliski@usaid.gov; |
| Venezuela | X | X | venezuelainfo@usaid.gov; |
| West Bank/Gaza | X | X | Anne Womer wbgdesk@usaid.gov; awomer@usaid.gov; |
| Yemen | X | X | Laura McAdams yemendesk@usaid.gov; lmcadams@usaid.gov; |
| Zambia | X | X | John Hytten jhytten@usaid.gov |
| Zimbabwe | X | X | Fiona Shanks fshanks@usaid.gov; |



TRANSMITTED BY EMAIL
Chris@developmentessentials.us

December 18, 2017

Mr. Chris O'Donnell
President
Development Essentials
505 E. Braddock Road, 201
Alexandria, VA 22314

Re:   FOIA Request No. F-00035-18
      First Interim Response & Fee Assessment

Dear Mr. O'Donnell:

      This is the first interim response to your November 28, 2017 Freedom of Information Act (FOIA) request to the U.S. Agency for International Development (USAID). You requested a copy of USAID's Foreign Service National (FSN) Local Compensation Plan (LCP) for each country where USAID implements development work. You also requested a copy of the Value Added Tax (VAT) Exemption Certificate or VAT reimbursement procedures for each country where USAID implements development work.

      For your information, Congress excluded three (3) discrete categories of law enforcement and national security records from the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010)). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all of our requesters and should not be construed as an indication that excluded records do, or do not, exist.

      This first interim response addresses the records pertinent to reimbursement procedures. In addition, this interim response addresses foreseeable fees for processing your request.

      USAID conducted a search of its Office of Human Capital and Talent Management (HCTM), in addition to the Bureau for Management's Office of the Chief Financial Officer (M/CFO), and Office of Management Services, Overseas Management Division (M/MS/OMD) for documents responsive to your request. We completed our review of three (3) responsive pages, consisting of general guidance related to the Agency's reimbursement procedures for VAT. Of those pages, we determined that two (2) pages are fully releasable and one (1) page is partially releasable pursuant to FOIA, 5 U.S.C. § 552(b)(5).

- 2 -

FOIA Exemption 5 permits agencies to withhold inter- or intra-agency memorandums, letters, or documents that would not be available by law to a party other than an agency in litigation with the agency. Exemption 5 incorporates several civil discovery privileges, including the one pertinent to this request, the deliberative process privilege. This privilege exempts from disclosure agency documents that are part of the agency's pre-decisional process. The purpose of the privilege is to prevent injury to the quality of agency decisions by (1) encouraging frank and open discussions on matters of policy between subordinates and superiors; (2) protecting against premature disclosure of proposed policies before final adoption; and (3) protecting against public confusion that might result from disclosures of reasons and rationales that were not, in fact, ultimately the grounds for an agency's actions. In this instance, we withheld deliberative remarks regarding the responsive universe for this FOIA request.

Fee assessment

Further processing of your request is currently on hold pending resolution of the fee assessment and subsequent fee agreement articulated herein. In your request letter, you did not specify your willingness to pay any fees for this FOIA request.

Kindly be advised that it has been determined that processing of your FOIA request will exceed 20 days due to unusual circumstances. Specifically, the portion of your request for reimbursement procedures for each country where USAID implements development work requires coordination with each mission location and is therefore deemed as "unusual circumstances" of the FOIA, 5 U.S.C. § 552(a)(6)(B)(i)-(iii).

Additionally, upon further review of your FOIA request, you have been re-categorized as a "commercial use" requester. See 22 C.F.R. § 212.14(b)(1). Notably, under this fee category you will be charged for the time spent searching for the records at $40.00 per hour (even if no records may be found or if after review there is no disclosure); for time spent reviewing the records at $55.00 per hour; and for any duplication of records at 10¢ per page, pursuant to USAID's established fee schedule at 22 C.F.R. § 212.15(a)(1).

**The estimated amount of fees to search for responsive records regarding reimbursement procedures is $7200.**

*~60 Mission locations X approximately 3 hours each = 180 hours*

*180 hours X $40 search fee = $7200*

Pursuant to 22 C.F.R. § 212.14(i)(4), USAID requires advance payment of fees in excess $250 before continuing to process this request. Please make your check or money order payable to the "Treasury of the United States" and send it to:

Brooke Nicholas, FOIA Specialist
U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
Ronald Reagan Building, Room 2.07C
Washington, DC 20523
Ref. No. FOIA F-00035-18

Alternatively, you may narrow the scope of your request to reduce the estimated cost. You may also request a waiver of fees. In it, you must demonstrate that:

"(i) Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and (ii) Disclosure of the information is not primarily in the commercial interest of the requester." See 22 C.F.R. § 212.14(k).

In conclusion, USAID requires that you agree to pay for the anticipated search time in the amount of $7200, and any additional costs as described in this letter, prior to processing this request further; or, in the alternative, narrow the scope of your request or explain why you should be granted a fee waiver or reduction of fees. Once your payment and authorization are received and/or a narrowed scope or fee waiver justification is communicated, we will continue to process your request. **If communication or payment is not received by January 29, 2018, your FOIA request will be administratively closed.**

If you have any questions concerning this request, please feel free to contact Brooke Nicholas, the assigned Government Information Specialist for this request, at (202) 712-0552 or by e-mail at BNicholas@usaid.gov. You may also contact USAID's FOIA Public Liaison, Lynn P. Winston, at foia@usaid.gov.

Additionally, you may contact the Office of Government Information Services at the National Archives and Records Administration to inquire about the FOIA mediation services offered:

Office of Government Information Services
National Records and Archives Administration
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
E-mail: ogis@nara.gov
Telephone: (202) 741-5770; toll free at 1-877-684-6448
Fax: (202) 741-5769

You have the right to appeal this first response. Your appeal must be received by USAID no later than 90 days from the date of this letter. In order for it to be considered an official appeal, please address and send directly to the FOIA Appeal Officer:

- 3 -

Brooke Nicholas, FOIA Specialist
U.S. Agency for International Development
1300 Pennsylvania Avenue, NW
Ronald Reagan Building, Room 2.07C
Washington, DC  20523
Ref. No. FOIA F-00035-18

Alternatively, you may narrow the scope of your request to reduce the estimated cost. You may also request a waiver of fees. In it, you must demonstrate that:

"(i) Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government, and (ii) Disclosure of the information is not primarily in the commercial interest of the requester." See 22 C.F.R. § 212.14(k).

In conclusion, USAID requires that you agree to pay for the anticipated search time in the amount of $7200, and any additional costs as described in this letter, prior to processing this request further; or, in the alternative, narrow the scope of your request or explain why you should be granted a fee waiver or reduction of fees. Once your payment and authorization are received and/or a narrowed scope or fee waiver justification is communicated, we will continue to process your request. **If communication or payment is not received by January 29, 2018, your FOIA request will be administratively closed.**

If you have any questions concerning this request, please feel free to contact Brooke Nicholas, the assigned Government Information Specialist for this request, at (202) 712-0552 or by e-mail at BNicholas@usaid.gov. You may also contact USAID's FOIA Public Liaison, Lynn P. Winston, at foia@usaid.gov.

Additionally, you may contact the Office of Government Information Services at the National Archives and Records Administration to inquire about the FOIA mediation services offered:

Office of Government Information Services
National Records and Archives Administration
8601 Adelphi Road-OGIS
College Park, Maryland 20740-6001
E-mail: ogis@nara.gov
Telephone: (202) 741-5770; toll free at 1-877-684-6448
Fax: (202) 741-5769

You have the right to appeal this first response. Your appeal must be received by USAID no later than 90 days from the date of this letter. In order for it to be considered an official appeal, please address and send directly to the FOIA Appeal Officer:

- 4 -

        Director, Office of Management Services
        U.S. Agency for International Development
        1300 Pennsylvania Avenue, NW
        Ronald Reagan Building, Room 2.12.010
        Washington, DC  20523

If you wish to fax your appeal, the fax number is (202) 216-3369.  Both the appeal and envelope should be marked "FOIA APPEAL."  Please include your tracking number F-00035-18 (first interim) in your letter.

Thank you for your interest in USAID.

        Sincerely,

        Alecia S Sillah *(Digitally signed by Alecia S Sillah, Date: 2017.12.15 14:42:55 -05'00')*

        Lynn P. Winston, Chief
        FOIA Public Liaison Officer
        FOIA Officer/Agency Records Officer
        Bureau for Management
        Office of Management Services
        Information and Records Division

Enclosures:  Responsive Records (3 pages)



Chris ODonnell <chris@developmentessentials.us>

## USAID FOIA Appeal A-00003-18

**Brooke Nicholas** <bnicholas@usaid.gov>  Wed, Apr 4, 2018 at 8:19 AM
To: Chris ODonnell <chris@developmentessentials.us>

Good morning Chris: The Agency is now in receipt of your payment. I will be in touch shortly regarding your FOIA response.

Sincerely,

Brooke Nicholas


Brooke Nicholas
Government Information Specialist
Bureau for Management, Office of Management, Information and Records Division

U.S. Agency for International Development
Ronald Reagan Building, Room 2.7-072
1300 Pennsylvania Avenue NW
Washington, DC 20523

Office: 202-712-0552



'"...the animating principle of our Constitution is that the people themselves are the originating source of all the powers of government."

[Quoted text hidden]



Chris ODonnell <chris@developmentessentials.us>

## USAID Referral: FOIA Request F-00035-18
1 message

**Chris ODonnell** <chris@developmentessentials.us>  Mon, May 14, 2018 at 9:17 AM
To: foiarequest@state.gov

Department of State
FOIA Requester Service Center

Dear FOIA Director:

I am writing to follow-up on USAID Referral case:  FOIA Request F-00035-18.

Ms.Brooke Nicholas of the USAID FOIA Office, in her e-mail communication,  referred the request to your office on May 1, 2018.

I called your office on May 7 and 11, 2018 to confirm receipt and status.

When you have a moment can you advise on receipt, point of contact and estimated date the documents will be released.

The original request was sent to the USG (USAID) on  November 28, 2017.

Thank you in advance
Chris O'Donnell
703-677-5573